IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
SEP 0 4 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, § <br> as Broadcast Licensee of the May 2, 2015 § <br> Floyd Mayweather, Jr. v. Manny Pacquiao § <br> "The Fight of the Century" Championship Fight § <br> Program, § <br>     § <br>     Plaintiff, § <br>     § <br> v.  § <br>     § <br> RONALD BERALUS, individually, and d/b/a § <br> CITADEL SPORT BAR & GRILL, § <br>     § <br>     Defendant. § | Civil Action No. 6:18-cv-00124-RP-JCM |

## AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendant Ronald Beralus, individually, and d/b/a Citadel Sport Bar & Grill ("Defendant") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendant.

IT IS, THEREFORE, ADJUDGED and DECREED that Plaintiff recover from Defendant:

- Damages in the amount of $25,000.00;

- Court costs; and

- Interest on all sums awarded herein, compounded annually, at the rate of five percent (5%) from the date of entry of this *Agreed Judgment*.

It is ordered that all writs and process for the enforcement and collection of this *Agreed Judgment* may issue as necessary. In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this *Agreed Judgment*.

AGREED JUDGMENT
x:\804320\Settlement\Agreed Judgment

Page 1

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

SIGNED on __4<sup>t</sup>__ day of __SEPTEMBER__, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: _____
David M. Diaz
Attorney-in-charge
State Bar No. 24012528
ddiaz@kbdtexas.com
Andrew R. Korn
Of Counsel
State Bar No. 11683150
akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

By: _____
Scott Lindsey
State Bar No. 24036969
slindsey@gardnersmithlaw.com

GARDNER & SMITH, PLLC
3821 Camp Bowie Blvd.
Fort Worth, Texas 76107
(817) 737-4000 – Telephone

ATTORNEY FOR DEFENDANT